UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVISORY BOARD COMPANY, ROBERT W. MUSSLEWHITE, and MICHAEL T. KIRSHBAUM,<br><br>Defendants. | Civil No. 1:17-CV-01940-RC<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT** |

Lead Plaintiffs and Defendants (collectively, the "Parties")[1] respectfully submit this Joint Status Report pursuant to the Court's Order dated May 17, 2019. *See* ECF No. 29.

**I.     Procedural History**

On January 9, 2018, Lead Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) against Defendants. *See* ECF No. 16. Defendants moved to dismiss the Complaint on March 9, 2018. *See* ECF No. 18. On May 23, 2018, Lead Plaintiffs opposed Defendants' motion, and the motion was fully briefed by June 29, 2018. *See*

---

[1]     "Lead Plaintiffs" refers to City of Atlanta Firefighters' Pension Fund and City of Atlanta Police Officers' Pension Fund. "Defendants" refers to The Advisory Board Company ("Advisory Board"), Robert W. Musslewhite, and Michael T. Kirshbaum.

ECF Nos. 21-22. On March 29, 2019, the Court issued its Memorandum Opinion Granting in Part and Denying in Part Defendants' Motion to Dismiss. *See* ECF No. 24. On April 26, 2019, Defendants answered the Complaint. *See* ECF No. 27. On May 17, 2019, the Court entered a Scheduling Order pursuant to Rule 26(f) setting forth deadlines for discovery in this action. *See* ECF No. 29.

## II.     Settlement of the Action

On September 27, 2019, the Parties reached an agreement in principle to settle this action, and on October 18, 2019, the Parties signed a Term Sheet related to the settlement. On October 23, 2019, the Parties notified the Court of the settlement. The Parties are diligently preparing the settlement documentation, and Lead Plaintiffs will use their best efforts to file a Motion for Preliminary Approval attaching a Stipulation of Settlement that reflects the terms of the settlement agreement by November 30, 2019. The Motion for Preliminary Approval will include a proposed Preliminary Approval Order and form of notice to the Class.

If approved, the Preliminary Approval Order will authorize notice to be sent to the Settlement Class describing the settlement and its terms. The proposed Preliminary Approval Order will also include a proposed schedule for notice to the Settlement Class. Notice will be given to members of the Settlement Class informing them of their right to object or opt out of the Settlement Class and the date for the final approval hearing (the "Settlement Hearing"). The Settlement Hearing may then be conducted to enable the Court to make a final determination as to whether the settlement is fair, reasonable, and adequate.

In advance of the final Settlement Hearing, Lead Plaintiffs will submit detailed final approval papers that describe Lead Plaintiffs' and Lead Counsel's basis for approving the settlement. These papers will include Lead Plaintiffs' Motion for Final Approval of the proposed

settlement and Lead Counsel's Motion for Attorney's Fees and Reimbursement of Litigation Expenses, along with detailed supporting declarations.

DATED: November 8, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (Admitted *Pro Hac Vice*)
DAVID A. ROSENFELD (Admitted *Pro Hac Vice*)
MARIO ALBA JR.
ALAN I. ELLMAN (Admitted *Pro Hac Vice*)
AVITAL O. MALINA (Admitted *Pro Hac Vice*)

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
JENNIFER L. SPAZIANO
(D.C. BAR # 462787)
ANDREW C. HANSON
(D.C. BAR # 888273742)

*Jennifer L. Spaziano* (With Permission)
JENNIFER L. SPAZIANO (AH)

/s/ David A. Rosenfeld
DAVID A. ROSENFELD

1440 New York Avenue NW
Washington, DC 20005
Telephone: 202/371-7000
202/661-8327 (fax)
jen.spaziano@skadden.com
andrew.hanson@skadden.com

58 S. Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
amalina@rgrdlaw.com

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
SCOTT D. MUSOFF (Admitted *Pro Hac Vice*)
Mollie M. Kornreich (Admitted *Pro Hac Vice*)
Four Times Square
New York, NY 10036
Telephone: 212/735-3000
212/735-2000 (fax)
scott.musoff@skadden.com
mollie.kornreich@skadden.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
NANCY M. JUDA (DC BAR # 445487)
1701 K Street NW, Suite 350
Washington DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)
njuda@rgrdlaw.com

*Counsel for Defendants*

*Counsel for Lead Plaintiffs and the Proposed Class*