UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ADVISORY BOARD COMPANY, ROBERT W. MUSSLEWHITE, and MICHAEL T. KIRSHBAUM,<br><br>　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:17-CV-01940-RC<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

TO:　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Stipulation of Settlement with exhibits, and Declaration of Michael Joaquin, as well as all prior pleadings and proceedings had herein, Lead Plaintiffs City of Atlanta Firefighters' Pension Fund and City of Atlanta Police Officers' Pension Fund, by and through their attorneys, will move this Court, before the Honorable Rudolph Contreras, United States District Judge for the District of Columbia, in E. Barrett Prettyman Federal Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of notice of the proposed settlement to

- 1 -

the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

DATED:  December 6, 2019

Respectfully Submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
NANCY M. JUDA (DC BAR # 445487)

*/s/ Nancy M. Juda*
NANCY M. JUDA

1701 K Street NW, Suite 350
Washington DC 20036
Telephone:  202/822-6762
202/828-8528 (fax)
njuda@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (Admitted *Pro Hac Vice*)
DAVID A. ROSENFELD (Admitted *Pro Hac Vice*)
MARIO ALBA JR.
ALAN I. ELLMAN (Admitted *Pro Hac Vice*)
AVITAL O. MALINA (Admitted *Pro Hac Vice*)
58 S. Service Road, Suite 200
Melville, NY 11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
amalina@rgrdlaw.com

Lead Counsel for Lead Plaintiffs and the Proposed Class

## **CERTIFICATE OF SERVICE**

I, Nancy M. Juda, hereby certify that on December 6, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Nancy M. Juda*
NANCY M. JUDA

# Mailing Information for a Case 1:17-cv-01940-RC PLYMOUTH COUNTY RETIREMENT ASSOCIATION v. ADVISORY BOARD COMPANY et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alan I. Ellman**
  aellman@rgrdlaw.com

- **Andrew Carl Hanson**
  Andrew.Hanson@skadden.com

- **Nancy Meredith Juda**
  nancyj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mollie M. Kornreich**
  mollie.kornreich@skadden.com

- **Avital O. Malina**
  amalina@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Jennifer L. Spaziano**
  jen.spaziano@skadden.com,michael.bailey@skadden.com,brian.mammarella@skadden.com,dlmlcwas@skadden.com

- **Steven J. Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Scott            D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
```